# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| SDM Holdings LLC and<br>Avon Capital LLC, a Wyoming<br>Limited Liability Company,<br>    Appellants,<br><br>v.<br><br>Universitas Education LLC,<br>    Appellee. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case Nos.   21-6044, 21-6049,<br>21-6133, 21-6134 |

## PARTIALLY UNOPPOSED MOTION FOR LEAVE TO FILE PETITION FOR REHEARING AND INCLUDE A SEVEN-PAGE APPENDIX TO THE PETITION FOR REHEARING BY APPELLANT SDM HOLDINGS, LLC

Appellant SDM Holdings, LLC ("SDM") files this Partially Unopposed Motion for Leave to File a Petition for Rehearing and Include a Seven-Page Appendix to the Petition for Rehearing. SDM is mindful of the Tenth Circuit's Local Rule 41.3. The first Petition for Rehearing was partially granted and the Court held on August 4, 2023 that the District Court lost subject matter jurisdiction in December 2020. The panel declined Appellants' request to dismiss the claims or order the dismissal of the claims and remanded to the District Court. If the claims are not required to be dismissed by the District Court after this Court issues its mandate because there is not a "case or controversy" then SDM requests that this Court state "how the litigation should

proceed on remand." *Hennessey v. Univ. of Kan. Hosp. Auth.*, 53 F.4th 516, 543 (10th Cir. 2022).

SDM requests leave to include seven pages in an Appendix to the Petition for Rehearing. These pages are orders and a docket entry from the District Court following this Court's July 13, 2023 Order and Judgment and August 4, 2023 Order and Judgment and reflect the District Court's belief that the claims that are the subject of this Court's opinion and also the subject of the issues in the briefing other than the mootness/subject matter jurisdiction ground are viable claims following remand.

In the interest of judicial economy, SDM requests that the Court provide more specificity regarding the viability of the claims once the District Court lost subject matter jurisdiction and if the newly-filed New York judgment (Appendix p. 6 par. 2) will revive the pre-December 2020 claims. This will hopefully avoid an additional appeal on the issues already briefed and this panel is already well-acquainted with the appellate record and arguments in this appeal.

## **PRAYER**

WHEREFORE, Appellant SDM Holdings, LLC requests that this Motion for Leave be granted and the Petition for Rehearing and its Appendix be filed in the records of the Court.

Respectfully submitted,

s/ Jeffrey R. Sandberg
Jeffery R. Sandberg
Texas State Bar Number 00790051
Palmer Lehman Sandberg, PLLC,
f/k/a Palmer & Manuel, PLLC
8350 N. Central Expressway, Suite 1111
Dallas, Texas 75206
Telephone: (214) 242-6454
Facsimile: (214) 265-1950
Email: jsandberg@pamlaw.com
ATTORNEYS FOR APPELLANT
SDM HOLDINGS, LLC

## DISCLOSURE OF OPPPONENT'S POSITION

Counsel for SDM Holdings, LLC certifies that on August 18, 2023, counsel attempted to confer with counsel for Appellee regarding the relief requested by SDM. Counsel did not receive a response from counsel for Appellee.

Counsel further certifies that counsel for Appellant Avon Capital, LLC, a Wyoming Limited Liability Company states that it is unopposed to the relief requested by SDM.

s/ Jeffrey R. Sandberg
Jeffery R. Sandberg

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing instrument was served upon the following counsel, on the 18th day of August, 2023 via the Court CM/ECF system and email.

Timothy F. Campbell, Esq. (tfc@meehoge.com)
MEE HOGE PLLP
50 Penn Place
1900 NW Expressway, Suite 1400
Oklahoma City, OK 73118
Telephone: (405) 848-9100
Facsimile: (405) 848-9101
　　　and
Joseph L. Manson III, Esq. (jmanson@jmansonlaw.com)
Law Offices of Joseph L. Manson III
600 Cameron St.
Alexandria, VA 22314
Attorneys for Universitas Education, LLC

Alan L. Rupe, Esq. (alan.rupe@lewisbrisbois.com)
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: 316-609-7900
Facsimile: 316-462-5746
Attorneys for Avon Capital, LLC,
a Wyoming limited liability company

　　　　　　　　　　　　　　　　　s/ Jeffrey R. Sandberg
　　　　　　　　　　　　　　　　　Jeffrey R. Sandberg